603

476 A.2d 91

Commonwealth v. Taynton, Appellant.

Submitted October 19, 1983. Alan Ellis, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and MONTEMURO, JJ.

The judgment of sentence is affirmed.

476 A.2d 92

Commonwealth v. Thornton, Appellant.

Petition for Allowance of Appeal
Denied Sept. 24, 1984.

Submitted March 26, 1984. John H. Corbett, Jr., Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

Order affirmed.